UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

OSCAR MONZON GUERRA,

Defendant.

No. CR 11-0517 WHA

**STIPULATION AND ~~[PROPOSED]~~ ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161**

The defendant appeared for his first status conference before this Court on August 16, 2011. Defense counsel received discovery at the defendant's initial appearance and needs time to review the documents. The parties have agreed to exclude the period of time between August 16, 2011 to August 30, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that good cause exists, and that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At

the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: August 17, 2011

__________/s/__________________
SUSAN PHAN
Special Assistant U.S. Attorney

DATED: August 17, 2011

__________/s/__________________
DANIEL BLANK
Attorney for OSCAR MONZON GUERRA

[~~PROPOSED~~] ORDER

For the reasons stated above at the August 16, 2011 status conference, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from August 16, 2011 to August 30, 2011 is warranted and that good cause exists, and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED: August 17, 2011.

WILLIAM H. ALSUP
United States District Judge